No. 4,257.—LIZZIE BOWMAN, RESPONDENT, *v.* DAVID KOHN, APPELLANT.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided October 4, 1920.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in the above-entitled action is dismissed without cost to either party.

*Messrs. Reynolds & Shea*, for Appellant.

*Mr. C. R. Ingle*, for Respondent.